**United States Bankruptcy Court**
**for the District of Columbia**

| | |
|---|---|
| In re: Shane Crowley<br><br>Debtor | Bankruptcy Case No: 26-00509-ELG<br><br>Chapter: 7 |
| Shane Crowley<br><br>Plaintiff<br><br>v.<br>Andrea Davison<br><br>Defendant | Adv. Proceeding No: 26-10027-ELG<br><br>**Scheduling Conference: 1/13/2027 at 9:00** |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to complain within 35 days.

| | |
|---|---|
| Address of the Clerk: | Clerk's Office<br>U.S. Bankruptcy Court<br>333 Constitution Avenue NW<br>Washington, DC 20001 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| | |
|---|---|
| Name and address<br>of Plaintiff's Attorney: | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference in this matter will be held in Courtroom 1 and via Zoom (email Gunn_Hearings@dcb.uscourts.gov for meeting information) on 1/13/2027 at 9:00 AM.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Angela Caesar
Clerk of the Bankruptcy Court

11/12/2026
Date

By: /s/ Aimee Mathewes
Deputy Clerk

UNITED STATES DISTRICT & BANKRUPTCY COURTS DISTRICT OF COLUMBIA

## CERTIFICATE OF SERVICE

I, ___________________________ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _______________ (date) by:

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of the defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of ________________, (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare the foregoing is true and correct.

_____________________ Date

_____________________________________ Signature

Print Name

_____________________________________

Business Address

_____________________________________

City State Zip