Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re:<br><br>SHANE CROWLEY<br><br>Debtor. | ) | Case No. 26-509-ELG<br>(Chapter 7) |
| SHANE CROWLEY,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA CAMPBELL DAVISON,<br>In Her Official Capacity as Chapter 7<br>Trustee of the Estate of Shane Crowley,<br><br>Defendants. | ) | Adv. Case No. 26-10027 |

**NOTICE OF MOTION FOR ENTRY OF TEMPORARY**
**RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

NOTICE IS HEREBY GIVEN that Shane Crowley has filed a motion for entry of a temporary restraining order and preliminary injunction, seeking to enjoin the chapter 7 trustee from exerting control over Mr. Crowley's exempt assets.

NOTICE OF HEARING. A hearing on the motions has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for November 20, 2026 at 9:00

AM. The hearing will be held via Zoom video conferencing. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

Respectfully submitted,

Dated: November 12, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Mr. Crowley*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November, 2026, I caused a copy of the foregoing to be filed via this Honorable Court's CM/ECF system, thereby effectuating service on all parties in interest.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.