Page 1 of 5
District of Columbia Recorder of Deeds

I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of the District of Columbia.

To verify the authenticity of this copy, capture the QR code or visit:
https://washington.dc.publicsearch.us/verifycert/WQGQHMF2

Spring Ward
Digitally signed by: Spring Ward
Date: Nov 13, 2026 05:57 PM -05:00

Doc #: 2023106430
11/29/2023 02:41 PM

File no. Q1863

# DEED

THIS DEED, made effective this 28th day of November 2023, by and between **M & Potomac Street Associates Limited Liability Partnership, a District of Columbia limited liability partnership (successor by conversion to M & Potomac Street Associates Limited Partnership, as per Statement of Qualification filed on June 30, 2003 with the District of Columbia)** party of the first part ("Grantor"), and **Eton Ct Dev LLC, a District of Columbia limited liability company,** party of the second part ("Grantee"):

WITNESSETH, that in consideration of Ten Dollars ($10.00) and other good and valuable consideration, the Grantor does hereby grant unto the Grantee, its heirs and assigns, in fee simple absolute, as Sole Owner, all that piece of parcel of land, together with the improvements, rights, privileges and appurtenances to the same belonging, situate in the District of Columbia, described as follows, to wit:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

SUBJECT TO COVENANTS AND RESTRICTIONS OF RECORD,

And the Grantor covenants that it will warrant specially the property hereby conveyed; and that it will execute such further assurances of said land as may be requisite.

SIGNATURE PAGE TO FOLLOW

District of Columbia Recorder of Deeds
I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of the District of Columbia.
To verify the authenticity of this copy, capture the QR code or visit:
https://washington.dc.publicsearch.us/verifycert/WQGQHMF2
Spring Ward
Digitally signed by: Spring Ward
Date: Nov 13, 2026 05:57 PM -05:00

In Witness Whereof, the Grantor has caused this document to be signed and delivered.

M & Potomac Street Associates Limited Liability Partnership, a District of Columbia limited liability partnership

By: ______________________
Peter Mallios, Managing General Partner

District of Columbia, ss:

On this 28th day of November 2023, before me, the undersigned officer, personally appeared M & Potomac Street Associates Limited Liability Partnership, known to me (or satisfactorily proven) to be the person(s) whose name(s) is subscribed to the within instrument and acknowledged that they executed the same for the purposes therein contained.

______________________
Notary Public

VIVIANE ENSLEIN
NOTARY PUBLIC
MY COMMISSION EXPIRES 8/14/2026
DISTRICT OF COLUMBIA

My Commission expires: 08/14/2026

After recording, mail to:
L P Title, LLC
4725 Wisconsin Avenue, N.W., Suite 250
Washington, DC 20016

District of Columbia Recorder of Deeds
I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of the District of Columbia.
To verify the authenticity of this copy, capture the QR code or visit:
https://washington.dc.publicsearch.us/verifycert/WQGQHMF2
Digitally signed by: Spring Ward
Date: Nov 13, 2026 05:57 PM -05:00

# EXHIBIT "A"
## Legal Description

PARCEL I

Part of Lot 41 in Square 1206, in the subdivision made by M & Potomac Street Associates Limited Partnership, as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber 171 at Folio 149.

The part of land conveyed more particularly described as Townhouse Unit Number T-4 in "Eton, A Condominium", according to the Condominium Declaration recorded 04-08-1981 as Instrument No. 11438, as Amended, and the ByLaws relating thereto recorded 04-08-1981 as Instrument No. 11439, as Amended, among the Land Records of the District of Columbia, and as per Plat of Condominium Subdivision recorded in said Surveyor's Office of the District of Columbia in Condominium
Book 28 at Page 18, as Amended.

NOTE: At the date hereof, the above described land is now known for Assessment and Taxation purposes as Lot Numbered 2014 in Square Numbered 1206.

Together with all appurtenances incident to said unit(s), as contained in the Condominium Declaration and the ByLaws relating thereto.

Subject, however to all of the Provisions, Restrictions, Easements and Conditions as contained in said Condominium Declaration and the ByLaws relating thereto.

The Condominium Declaration Allocated to the Units an undivided interest (stated as a percentage) in the Common Elements of the Condominium (hereinafter called the Percentage Interest). The Percentage Interest of the Condominium Units is set forth in said Condominium Declaration.

PARCEL II

Part of Lot 41 in Square 1206, in the subdivision made by M & Potomac Street Associates Limited Partnership, as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber 171 at Folio 149.

The part of land conveyed more particularly described as Townhouse Unit Number T-3 in "Eton, A Condominium", according to the Condominium Declaration recorded 04-08-1981 as Instrument No. 11438, as Amended, and the ByLaws relating thereto recorded 04-08-1981 as Instrument No. 11439, as Amended, among the Land Records of the District of Columbia, and as per Plat of Condominium Subdivision recorded in said Surveyor's Office of the District of Columbia in Condominium
Book 28 at Page 18, as Amended.

NOTE: At the date hereof, the above described land is now known for Assessment and Taxation purposes as Lot Numbered 2013 in Square Numbered 1206.

Together with all appurtenances incident to said unit(s), as contained in the

Page 4 of 5
District of Columbia Recorder of Deeds
I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of the District of Columbia.
To verify the authenticity of this copy, capture the QR code or visit:
https://washington.dc.publicsearch.us/verifycert/WQGQHMF2
Digitally signed by: Spring Ward
Date: Nov 13, 2026 05:57 PM -05:00

Condominium Declaration and the ByLaws relating thereto.

Subject, however to all of the Provisions, Restrictions, Easements and Conditions as contained in said Condominium Declaration and the ByLaws relating thereto.

The Condominium Declaration Allocated to the Units an undivided interest (stated as a percentage) in the Common Elements of the Condominium (hereinafter called the Percentage Interest). The Percentage Interest of the Condominium Units is set forth in said Condominium Declaration.

PARCEL III

Part of Lot 41 in Square 1206, in the subdivision made by M & Potomac Street Associates Limited Partnership, as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber 171 at Folio 149.

The part of land conveyed more particularly described as Townhouse Unit Number T-2 in "Eton, A Condominium", according to the Condominium Declaration recorded 04-08-1981 as Instrument No. 11438, as Amended, and the ByLaws relating thereto recorded 04-08-1981 as Instrument No. 11439, as Amended, among the Land Records of the District of Columbia, and as per Plat of Condominium Subdivision recorded in said Surveyor's Office of the District of Columbia in Condominium
Book 28 at Page 18, as Amended.

NOTE: At the date hereof, the above described land is now known for Assessment and Taxation purposes as Lot Numbered 2012 in Square Numbered 1206.

Together with all appurtenances incident to said unit(s), as contained in the Condominium Declaration and the ByLaws relating thereto.

Subject, however to all of the Provisions, Restrictions, Easements and Conditions as contained in said Condominium Declaration and the ByLaws relating thereto.

The Condominium Declaration Allocated to the Units an undivided interest (stated as a percentage) in the Common Elements of the Condominium (hereinafter called the Percentage Interest). The Percentage Interest of the Condominium Units is set forth in said Condominium Declaration.

I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of the District of Columbia.

To verify the authenticity of this copy, capture the QR code or visit:
https://washington.dc.publicsearch.us/verifycert/WQGQHMF2



District of Columbia Recorder of Deeds

Spring Ward

Digitally signed by: Spring Ward
Date: Nov 13, 2026 05:57 PM -05:00

Doc #: 2023106430
Filed & Recorded
11/29/2023 02:41 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS

| | |
|---|---|
| RECORDING FEES | $25.00 |
| SURCHARGE | $6.50 |
| RECORDATION TAX FEES | $42,195.00 |
| TRANSFER TAX FEES | $42,195.00 |
| TOTAL: | $84,421.50 |