Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-509-ELG |
| | ) | (Chapter 7) |
| SHANE CROWLEY | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| SHANE CROWLEY, | ) | |
| | ) | Adv. Case No. 26-10027 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREA CAMPBELL DAVISON, | ) | |
| In Her Official Capacity as Chapter 7 | ) | |
| Trustee of the Estate of Shane Crowley, | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF SERVICE**

I HEREBY CERTIFY that on this 16th day of November, 2026, I caused a copy of the *Complaint*, ECF No. 1, and *Summons in an Adversary Proceeding*, ECF No. 2, to be served, via first class mail, postage prepaid, upon Andrea Campbell Davison, Bean Kinney & Korman PC, 2311 Wilson Blvd., Suite 500, Arlington, VA 22201.

*[Signature on Following Page]*

Respectfully submitted,

Dated: November 16, 2026

By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Mr. Crowley*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2026, I caused a copy of the foregoing to be filed via this Honorable Court's CM/ECF system, thereby effectuating service on all parties in interest.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.