**Overview** Features







All photos

0 Beds 0 Baths 1,900 sqft

# $2,250,000

## 1200 ETON COURT NW Unit: T4, WASHINGTON DC, 20007

Est. payment: $13,396/mo

Price per sqft
$1,184.21

Built in
1980

Contact agent Request a tour

Listings My Search Log in

# Overview

Active Active-bright Listed Aug 14, 2026 Updated 3 days ago

Broad Branch Partners proudly presents a rare collection of five expansive three-bedroom townhouse-style condominium residences, each offering approximately 1,900 square feet of thoughtfully designed living space in the heart of Georgetown. Ideally situated just steps from some of the neighborhood's most acclaimed dining destinations—including Osteria Mozza, Café Milano, La Bonne Vache, and Peacock Café—this exceptional offering places you at the center of one of Washington's most vibrant and sought-after communities. Each residence showcases refined modern design and premium finishes throughout. The chef's kitchen is appointed with professional-grade Thermador appliances, custom cabinetry, and sleek surfaces designed for both everyday living and entertaining. Wide-plank white oak flooring extends throughout the home, complemented by imported porcelain accents that elevate the overall aesthetic. The spacious primary suite serves as a private retreat, featuring a spa-inspired bath with an integrated wet room, deep soaking tub, and floor-to-ceiling porcelain tile. With the rare convenience of underground parking and low condominium fees, these homes offer the privacy and scale of townhouse living paired with the ease and low-maintenance lifestyle of a luxury condominium.

Read less

## $13,396/mo

Est. mortgage payment based on a $2,250,000 home price.

| | |
|---|---|
| **Down payment** | $450,000 (20%) |
| **Loan details** | 30-year fixed, 7% |
| **Property tax** | $581.25 / month |

## Additional information

| | |
|---|---|
| MLS® ID | DCDC2248782 |

## Interior Features

| | |
|---|---|
| Bedrooms | 0 |
| Bathrooms | 0 |
| Cooling | Yes |
| Heating | Yes |
| Basement | No |

## Exterior Features

| | |
|---|---|
| Lot Size | 0.02 Acres |

## Other Property Details

| | |
|---|---|
| Taxes | $6,975 |
| Tax Frequency | Annually |

| | |
|---|---|
| Secondary Association Fee Frequency | Monthly |
| Garage | Yes |
| New Construction | Yes |
| 55+/Senior Community | No |

Listed by Douglas Elliman of Metro DC, LLC

Listing Contact: 3019192237

The IDX display contains information sourced from the Bright MLS, Inc. as of 11/11/2026. This data is intended solely for personal, non-commercial use and is not to be utilized for any other purposes except to identify potential properties for purchase. Although the MLS data displayed is typically considered reliable, it is not guaranteed to be accurate by the MLS. Buyers are responsible for verifying the accuracy of all information and are advised to conduct their own investigations or seek professional assistance. Other sources besides the Listing Agent may have contributed to the MLS data presented. Unless expressly specified in writing, the Broker/Agent has not confirmed any information obtained from external sources. The Broker/Agent may or may not have acted as the Listing and/or Selling Agent and cannot guarantee the accuracy of property locations displayed on any map. Any compensation offers are solely made to participants of the MLS where the listing is registered.

©2026 Bright MLS, Inc. all rights reserved.

Data last updated on 11/11/2026 at 12:26 AM UTC

**Keller Williams Capital Properties**

Redfin City, Address, School, Agent, ZIP Sign in

Search Overview Neighborhood Property details Sale & tax history Favorite Hide Share



For sale

**$2,099,000** Est. $13,281/mo — **See my rate**

**3 bd • 2.5 ba • 1,900 sq ft**

1202 Eton Ct NW Unit T3, Washington, DC 20007




Request showing

Tour for free, no strings attached

**Start an offer**

Make a winning offer with the help of a local agent

**Ask a question** | **(202) 980-1687**

## About this home

Broad Branch Partners presents the best value for new construction Georgetown has seen in years, a collection of five expansive three-bedroom townhouse-style condominium residences, each offering approximately 1,900 square feet of thoughtfully designed living space in the heart of Georgetown. Ideally situated just steps from some of the neighborhood's most acclaimed dining destinations—including Osteria Mozza, Café

**Show more**

| | | |
|---|---|---|
| Condo<br>Property Type | 1980<br>Year Built | $1,105<br>Price/Sq.Ft. |
| $840/mo<br>HOA Dues | | |

Listed by Shane Crowley • Douglas Elliman of Metro DC, LLC - Washington • 202-888-5720 (broker) • christina.macro@elliman.com (broker)

Listing updated: Oct 28, 2026 at 03:18pm
Redfin checked: 2 minutes ago • Source: BRIGHT MLS #DCDC2248802

**254 days** on Redfin • **2,800** views • **56** favorites

## Payment calculator

**$13,281 per month** Reset

| | |
|---|---|
| Principal and interest | $11,598 |
| Property taxes | $581 |
| HOA dues | $840 |
| Home insurance | $262 |
| Utilities | Add |

| | |
|---|---|
| Down payment<br>**20% ($419,800)** | Home price<br>**$2,099,000** |
| Loan details<br>**30-yr fixed, 7.38%** | |

5 minutes to get started. No credit impact.
Rocket Mortgage NMLS# 3030

Get prequalified

**Affordability tools**

## See this home in person

| SAT 14 NOV | SUN 15 NOV | MON 16 NOV | TUE 17 NOV |
|---|---|---|---|

3:00 pm | 3:30 pm | 4:00 pm | 4:30 pm | Schedule tour

### Open houses

No upcoming open houses.

**Nearby open houses (10)**

## Around this home




### Travel time

My places

Enter place or address

## Schools

K - 12 Preschool & daycare

**Hyde-Addison Elementary School** 8/10
Public PreK-5 • Assigned • 0.3mi

**Hardy Middle School** 9/10
Public 6-8 • Assigned • 0.8mi

**MacArthur High School** 5/10
Public 9-10 • Assigned • 1.1mi

**Show nearby schools**

Provided by GreatSchools

## About West Village

Show more

**9.6** /10
**Walker's dream**
Daily errands don't need a car

**8.7** /10
**Very bikeable**
Biking is convenient for most trips

**7.6** /10
**Excellent transit**
Transit is convenient for most trips

**1.8** /10
**High noise**
Many nearby noise sources

**9.5** /10
**Active hub**
Exceptional nearby wellness amenities

**7.7** /10
**Quite busy**
Busy day and evening

Provided by Walk Score and Local Logic

## Offer insights

1202 Eton Ct NW Unit T3 · $2,099,000

Strong offer

**$2.04M and above**

75% chance or better to win

**Why $2.04M+ is a strong offer**

See all insights

DAYS ON MARKET
**255 days**
The average home goes pending in 76 days.

SALE-TO-LIST
**97.2%**
Most homes are selling 3% below list price.

About offer insights

## Property details

**Interior** Exterior Finance


Kitchen


Bathroom


Bedroom


Living


Dining

**Interior features**
Estimated living area
No basement
6 total rooms

**Kitchen**
Appliances and specifics not provided

6 total rooms

Pets allowed with no pet restrictions

**Bedrooms**

One bedroom on the first upper level

Two bedrooms on the second upper level

**Bathrooms**

Two full bathrooms (one on first upper level, one on second upper level)

One half bathroom on the main level

**Laundry & utility**

Washer/dryer hookup in unit

Tankless hot water

**Heating & cooling**

Central heating (electric)

Central air conditioning (electric)

See all details from MLS

## Sale and tax history for 1202 Eton Ct NW Unit T3

**Sale History** Tax History

| Date | Event | Price |
|---|---|---|
| BRIGHT MLS #DCDC2248802 | | |
| Apr 8, 2026 | Price Changed | $2,099,000<br>$1,105/sq ft |
| Mar 26, 2026 | Price Changed | $2,175,000<br>$1,145/sq ft |
| Mar 19, 2026 | Price Changed | $2,199,000<br>$1,157/sq ft |
| Mar 4, 2026 | Listed | $2,250,000<br>$1,184/sq ft |
| BRIGHT MLS #DCDC2202286 | | |
| Jul 21, 2025 | Listing Removed | — |
| Jun 25, 2025 | Listed | $2,499,000<br>$1,315/sq ft |

## Public record

**Public record** Zoning

| | | | |
|---|---|---|---|
| Beds | — | Year built | — |
| Baths | — | Style | Condo/Co-op |
| Stories | — | County | District of Columbia |
| Lot width | — | APN | 1206//2013 |
| Lot depth | — | Parking Spaces | — |
| Lot size | — | Basement | — |

Redfin
City, Address, School, Agent, ZIP
Sign in





For sale

**$2,250,000** Est. $14,130/mo — **See my rate**

**3 bd • 2.5 ba • 1,900 sq ft**

1204 Eton Ct NW Unit T2, Washington, DC 20007




Request showing

Tour for free, no strings attached

Start an offer

Make a winning offer with the help of a local agent

Ask a question | (202) 980-1687

## About this home

Broad Branch Partners presents the best value for new construction Georgetown has seen in years, a collection of five expansive three-bedroom townhouse-style condominium residences, each offering approximately 1,900 square feet of thoughtfully designed living space in the heart of Georgetown. Ideally situated just steps from some of the neighborhood's most acclaimed dining destinations—including Osteria Mozza, Café

**Show more**

Condo
Property Type

1980
Year Built

$1,184
Price/Sq.Ft.

$840/mo
HOA Dues

Listed by Shane Crowley • Douglas Elliman of Metro DC, LLC - Washington • 202-888-5720 (broker) • christina.macro@elliman.com (broker)

Listing updated: Oct 28, 2026 at 03:18pm
Redfin checked: 2 minutes ago • Source: BRIGHT MLS #DCDC2248794

**130 days** on Redfin • **520** views • **14** favorites

## Payment calculator

**$14,130 per month** Reset

| | |
|---|---|
| Principal and interest | $12,432 |
| Property taxes | $576 |
| HOA dues | $840 |
| Home insurance | $281 |
| Utilities | Add |

| | |
|---|---|
| Down payment **20% ($450,000)** | Home price **$2,250,000** |
| Loan details **30-yr fixed, 7.38%** | |

5 minutes to get started. No credit impact.
Rocket Mortgage NMLS# 3030

Get prequalified

**Affordability tools**

## See this home in person

| SAT 14 NOV | SUN 15 NOV | MON 16 NOV | TUE 17 NOV |
|---|---|---|---|

3:00 pm | 3:30 pm | 4:00 pm | 4:30 pm

Schedule tour

### Open houses

No upcoming open houses.

### Nearby open houses (10)

## Around this home




### Travel time

My places

Enter place or address

## Schools

**K - 12** Preschool & daycare

**Hyde-Addison Elementary School** 8/10
Public PreK-5 • Assigned • 0.2mi

**Hardy Middle School** 9/10
Public 6-8 • Assigned • 0.7mi

**MacArthur High School** 5/10
Public 9-10 • Assigned • 1.1mi

**Show nearby schools**

Provided by GreatSchools

## ✧ About West Village

West Village, located between Georgetown and Foggy Bottom, is a residential and waterfront Washington, DC neighborhood with brick rowhouses and riverfront promenades. The neighborhood's character concentrates along the Washington Harbour boardwalk, where patios, marina views, and evening foot traffic set the pace. Pillars include The Kennedy Center for performing arts, Blues Alley for live jazz, and Washington Harbour for seasonal waterfront events. Streetscapes mix historic facades with mid-rise condos and tucked-away courtyards. The Potomac shoreline and nearby parkland shape daily routines with walking and cycling routes. Dining clusters along Wisconsin Avenue and the waterfront, while quieter blocks keep a composed, lived-in feel.

Show less

**9.7** /10
**Walker's dream**
Daily errands don't need a car

**8.4** /10
**Very bikeable**
Biking is convenient for most trips

**7.3** /10
**Excellent transit**
Transit is convenient for most trips

**2.3** /10
**Noisy area**
Multiple nearby noise sources

**9.6** /10
**Active hub**
Exceptional nearby wellness amenities

**7.9** /10
**Quite busy**
Busy day and evening

Provided by Walk Score and Local Logic

## Offer insights

1204 Eton Ct NW Unit T2 · $2,250,000

Strong offer

**$2.2M and above**

75% chance or better to win

**Why $2.2M+ is a strong offer**

See all insights

DAYS ON MARKET
**131 days**
The average home goes pending in 76 days.

SALE-TO-LIST
**97.2%**
Most homes are selling 3% below list price.

About offer insights

## Property details

**Interior** Exterior Finance


Kitchen


Bathroom


Bedroom


Living


Dining

**Interior features**

Estimated living area

No basement

**Bedrooms**

Three bedrooms total: one on the first upper level and two on the second upper level

**Bathrooms**

Two full bathrooms (both on upper levels)

One half bathroom on the main level

**Laundry & utility**

Washer and dryer located in the unit

**Heating & cooling**

Central heating (electric)

Central air conditioning (electric)

Tankless hot water

**See all details from MLS**

## Sale and tax history for 1204 Eton Ct NW Unit T2

**Sale History** Tax History

| Date | Event | Price |
|---|---|---|
| BRIGHT MLS #DCDC2248794 | | |
| Aug 14, 2026 | Price Changed | $2,250,000<br>$1,184/sq ft |
| Aug 14, 2026 | Relisted | — |
| May 22, 2026 | Contingent | — |
| Apr 13, 2026 | Listed | $1,750,000<br>$921/sq ft |

## Public record

| | | | |
|---|---|---|---|
| Beds | — | Year built | — |
| Baths | — | Style | Condo/Co-op |
| Stories | — | County | District of Columbia |
| Lot width | — | APN | 1206//2012 |
| Lot depth | — | Parking Spaces | — |
| Lot size | — | Basement | — |
| Year renovated | — | Accessible | — |
| Finished Sq. Ft. | — | HOA Dues | — |
| Unfinished Sq. Ft. | — | Garage | — |
| Total Sq. Ft. | — | Features | — |

Redfin City, Address, School, Agent, ZIP Sign in

Search Overview Neighborhood Property details Sale & tax history Favorite Hide Share






For sale

**$2,100,000** Est. $13,848/mo — **See my rate**

**3 bd • 2.5 ba • 1,900 sq ft**

1200 Potomac St NW Unit T5, Washington, DC 20007




Request showing

Tour for free, no strings attached

Start an offer

Make a winning offer with the help of a local agent

Ask a question | (202) 980-1687

## About this home

Broad Branch Partners presents the best value for new construction Georgetown has seen in years, a collection of five expansive three-bedroom townhouse-style condominium residences, each offering approximately 1,900 square feet of thoughtfully designed living space in the heart of Georgetown. Ideally situated just steps from some of the neighborhood's most acclaimed dining destinations—including Osteria Mozza, Café

Show more

Condo
Property Type

1980
Year Built

$1,105
Price/Sq.Ft.

$840/mo
HOA Dues

Listed by Shane Crowley • Douglas Elliman of Metro DC, LLC - Washington • 202-888-5720 (broker) • christina.macro@elliman.com (broker)

Listing updated: Oct 28, 2026 at 03:18pm
Redfin checked: 3 minutes ago • Source: BRIGHT MLS #DCDC2248808

**254 days** on Redfin • **1,632** views • **46** favorites

## Payment calculator

**$13,848 per month** Reset

| | |
|---|---|
| Principal and interest | $11,603 |
| Property taxes | $1,142 |
| HOA dues | $840 |
| Home insurance | $263 |
| Utilities | Add |

| | |
|---|---|
| Down payment<br>**20% ($420,000)** | Home price<br>**$2,100,000** |
| Loan details<br>**30-yr fixed, 7.38%** | |

5 minutes to get started. No credit impact.
Rocket Mortgage NMLS# 3030

Get prequalified

**Affordability tools**

## See this home in person

| SAT 14 NOV | SUN 15 NOV | MON 16 NOV | TUE 17 NOV |
|---|---|---|---|

3:00 pm | 3:30 pm | 4:00 pm | 4:30 pm

Schedule tour

### Open houses

No upcoming open houses.

**Nearby open houses (10)**

## Around this home

## Schools

**K - 12** Preschool & daycare

**Hyde-Addison Elementary School** 8/10
Public PreK-5 • Assigned • 0.2mi

**Hardy Middle School** 9/10
Public 6-8 • Assigned • 0.7mi

**MacArthur High School** 5/10
Public 9-10 • Assigned • 1.1mi

**Show nearby schools**

Provided by GreatSchools

## About West Village

**Show more**

**9.7** /10
**Walker's dream**
Daily errands don't need a car

**8.4** /10
**Very bikeable**
Biking is convenient for most trips

**7.3** /10
**Excellent transit**
Transit is convenient for most trips

**2.3** /10
**Noisy area**
Multiple nearby noise

**9.6** /10
**Active hub**
Exceptional nearby wellness

**7.9** /10
**Quite busy**
Busy day and evening

Multiple nearby noise sources

Exceptional nearby wellness amenities

Busy day and evening

Provided by Walk Score and Local Logic

## Offer insights

1200 Potomac St NW Unit T5 · $2,100,000

Strong offer

**$2.04M and above**

75% chance or better to win

**Why $2.04M+ is a strong offer** **See all insights**

DAYS ON MARKET

**255 days**
The average home goes pending in 76 days.

SALE-TO-LIST

**97.2%**
Most homes are selling 3% below list price.

About offer insights

## Property details

**Interior** Exterior Finance


Kitchen


Bathroom


Bedroom


Living


Dining

### Interior features

Living area reported as estimated

No basement

### Bedrooms

One bedroom on the first upper level

Two bedrooms on the second upper level

### Bathrooms

Two full bathrooms on upper levels

One full bathroom on first upper level

One half bathroom on main level

Total of two full bathrooms and one half bathroom

### Laundry & utility

Washer/dryer hook up in unit

### Heating & cooling

Central heating (electric)

Central air conditioning (electric)

Tankless hot water

**See all details from MLS**

## Sale and tax history for 1200 Potomac St NW Unit T5

Redfin City, Address, School, Agent, ZIP Sign in

Search Overview Neighborhood Property details Sale & tax history Favorite Hide Share



For sale

**$2,050,000** Est. $13,565/mo — **See my rate**

**3 bd • 2.5 ba • 1,900 sq ft**

1202 Potomac St NW Unit T6, Washington, DC 20007




Request showing

Tour for free, no strings attached

Start an offer

Make a winning offer with the help of a local agent

Ask a question | (202) 980-1687

## About this home

Broad Branch Partners presents the best value for new construction Georgetown has seen in years, a collection of five expansive three-bedroom townhouse-style condominium residences, each offering approximately 1,900 square feet of thoughtfully designed living space in the heart of Georgetown. Ideally situated just steps from some of the neighborhood's most acclaimed dining destinations—including Osteria Mozza, Café

Show more

Townhome
Property Type

1980
Year Built

$1,079
Price/Sq.Ft.

$840/mo
HOA Dues

Listed by Shane Crowley • Douglas Elliman of Metro DC, LLC - Washington • 202-888-5720 (broker) • christina.macro@elliman.com (broker)

Listing updated: Oct 28, 2026 at 03:18pm
Redfin checked: a few seconds ago • Source: BRIGHT MLS #DCDC2248826

**254 days** on Redfin • **3,241** views • **78** favorites

## Payment calculator

**$13,565 per month** Reset

| | |
|---|---|
| Principal and interest | $11,327 |
| Property taxes | $1,142 |
| HOA dues | $840 |
| Home insurance | $256 |
| Utilities | Add |

Down payment
**20% ($410,000)**

Home price
**$2,050,000**

Loan details
**30-yr fixed, 7.38%**

5 minutes to get started. No credit impact.
Rocket Mortgage NMLS# 3030

Get prequalified

**Affordability tools**

## See this home in person

| SAT 14 NOV | SUN 15 NOV | MON 16 NOV | TUE 17 NOV |
|---|---|---|---|

3:30 pm | 4:00 pm | 4:30 pm | 5:00 pm

Schedule tour

### Open houses

No upcoming open houses.

**Nearby open houses (10)**

## Around this home




### Travel time

My places

Enter place or address

## Schools

**K - 12** Preschool & daycare

**Hyde-Addison Elementary School** 8/10
Public PreK-5 • Assigned • 0.2mi

**Hardy Middle School** 9/10
Public 6-8 • Assigned • 0.8mi

**MacArthur High School** 5/10
Public 9-10 • Assigned • 1.1mi

**Show nearby schools**

Provided by GreatSchools

## About West Village

Show more

| | | |
|---|---|---|
| **9.7** /10 **Walker's dream** Daily errands don't need a car | **8.4** /10 **Very bikeable** Biking is convenient for most trips | **7.3** /10 **Excellent transit** Transit is convenient for most trips |
| **3.3** /10 **Noisy area** Multiple nearby noise sources | **9.6** /10 **Active hub** Exceptional nearby wellness amenities | **7.9** /10 **Quite busy** Busy day and evening |

Provided by Walk Score and Local Logic

## Offer insights

1202 Potomac St NW Unit T6 · $2,050,000

Strong offer

**$2.01M and above**

75% chance or better to win

**Why $2.01M+ is a strong offer** — See all insights

DAYS ON MARKET

**255 days**
The average home goes pending in 41 days.

SALE-TO-LIST

**98.3%**
Most homes are selling 2% below list price.

About offer insights

## Property details

**Interior** Exterior Finance


Kitchen


Bathroom


Bedroom


Living


Dining

**Interior features**
- Soaking tub
- Walk-in shower in bathroom
- Dining area

**Kitchen**
- Double oven
- Wall oven
- Electric range/oven

- Dining area
- Open floor plan
- Gourmet kitchen
- Kitchen island
- Primary/master bathroom
- Recessed lighting
- Skylights
- Upgraded countertops
- Walk-in closets
- Wood floors

**Bedrooms**

- One bedroom on the first upper level
- Two bedrooms on the second upper level

**Bathrooms**

- Two full bathrooms (both on upper levels)
- One half bathroom on the main level

- Electric range/oven
- Refrigerator
- Stainless steel appliances

**Laundry & utility**

- Washer in unit
- Dryer in unit

**Flooring**

- Wood floors

**Heating & cooling**

- Central heating
- Central air conditioning
- Electric heating and cooling
- Tankless hot water

See all details from MLS

## Sale and tax history for 1202 Potomac St NW Unit T6

**Sale History** Tax History

| Date | Event | Price |
|---|---|---|
| BRIGHT MLS #DCDC2248826 | | |
| Aug 6, 2026 | Price Changed | $2,050,000<br>$1,079/sq ft |
| May 1, 2026 | Price Changed | $1,699,000<br>$894/sq ft |
| Apr 8, 2026 | Price Changed | $1,849,900<br>$974/sq ft |
| Mar 26, 2026 | Price Changed | $1,949,000<br>$1,026/sq ft |
| Mar 4, 2026 | Listed | $1,975,000<br>$1,039/sq ft |

Show more

## Public record

| | | | |
|---|---|---|---|
| Beds | — | Year built | — |
| Baths | — | Style | Townhouse |
| Stories | — | County | District of Columbia |
| Lot width | — | APN | 00000000 |