IN RE: CROWLEY 341 MEETING

CASE NO.: 26-509-ELG

DATE: October 29, 2026

Transcribed by: Rodie Dean



APPEARANCES:

FOR THE DEBTOR, SHANE CROWLEY:

CHRISTIANNA CATHCART, ESQUIRE

FOR THE TRUSTEE:

BRAD JONES, ESQUIRE

# I N D E X


| OPENING STATEMENT | PAGE |
|---|---|
| (None given.) | |


## T E S T I M O N Y


| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Shane Crowley | | 18 | | |


## E X H I B I T S


| NO. | PAGE |
|---|---|
| (None marked.) | |

P R O C E E D I N G S

THE COURT: Okay. Calling the case of Shane Crowley, 2600-509. Mr. Crowley, would you please raise your right hand?

WHEREUPON,

SHANE CROWLEY,

called as a witness, and having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

THE COURT: You're a little hard to hear. Would you mind just -- I don't know if it's turning up your --

MR. CROWLEY: Is it better now?

THE COURT: Yeah. That's a little bit better. Can everybody hear him? He's pretty quiet. Okay. And, counsel, would you please state your name for the record?

MS. CATHCART: Christiana Cathcart on behalf of the debtor.

THE COURT: Mr. Crowley, would you please state your name for the record?

MR. CROWLEY: Shane Bermank Crowley (ph).

THE COURT: Is the address on your petition your current address?

MR. CROWLEY: Yes.

THE COURT: So I have reviewed your driver's license from Washington, D.C.. It matches your photo on the screen. I've also confirmed that the Social Security number that you've submitted to the Bankruptcy Court matches your Social Security card. Did you sign the petition schedule statements and related documents, and is the signature your own?

MR. CROWLEY: Yes.

THE COURT: Did you read the petition schedule statements and related documents before you signed them?

MR. CROWLEY: Yes.

THE COURT: Are you personally familiar with the information contained in the petition schedule statements and related documents?

MR. CROWLEY: Yes.

THE COURT: To the best of your knowledge, is the information contained in the petition schedule statements and related documents true and correct?

MR. CROWLEY: Yes.

THE COURT: Are there any errors or omissions to bring to my attention at this time?

MR. CROWLEY: No.

THE COURT: Are all of your assets identified on the schedules?

MR. CROWLEY: Yes.

THE COURT: Have you listed all your creditors on your schedules?

MR. CROWLEY: Yes.

THE COURT: Have you previously filed for bankruptcy?

MR. CROWLEY: No.

THE COURT: So to confirm, you have no current employer, right? Just you're self-employed?

MR. CROWLEY: Well, yeah. I mean, I have, I work as an agent, independent contractor for Douglas Elliman, as well as have my own business, so --

THE COURT: Okay. So --

MR. CROWLEY: I do not -- I --

THE COURT: There's no --

MR. CROWLEY: I do not have --

THE COURT: Yeah.

MR. CROWLEY: -- an employee -- (inaudible) employee.

THE COURT: Yeah.

MR. CROWLEY: That's true.

THE COURT: No W2s?

MR. CROWLEY: Correct.

THE COURT: Okay. Is the copy of the tax return you provided a true copy of the most recent tax return you filed?

MR. CROWLEY: Yes.

THE COURT: So you submitted 2024 taxes, were 2025 --

MR. CROWLEY: Yeah.

THE COURT: -- taxes filed October 15th?

MR. CROWLEY: I currently have been having trouble reaching my accountant, which is a little -- I mean, I actually was texting with him yesterday, but it either was filed or will be filed shortly with a late penalty associated with it.

THE COURT: Okay. I'm -- yeah.

MR. CROWLEY: as soon as him and I can get

it.

THE COURT: I get it. Okay. I'll need you to provide a copy of those 2025 tax returns as soon as they are available.

MR. CROWLEY: No problem.

THE COURT: Do you have any domestic support obligations?

MR. CROWLEY: No.

THE COURT: Have you read the bankruptcy information sheet provided by the United States Trustee?

MR. CROWLEY: Yes.

THE COURT: In terms of your personal property listed in your schedules, do you have any money in retirement?

MR. CROWLEY: No.

THE COURT: Do you own any cryptocurrency?

MR. CROWLEY: No.

THE COURT: You've listed some jewelry and watches. Do you have any -- is it -- do you have any collections or is what you've listed and exempted all you've -- the only personal property of significant

value?

MR. CROWLEY: What I've listed is the only property of significant value.

THE COURT: Okay. So I've asked your counsel for some additional information. Some of this has been given to me, but I am still waiting for some of that. Can you tell me the -- of the property that you -- that are owned in LLCs that you are the 100 percent manager of, are they rented, all of them? Any of them?

MR. CROWLEY: Yes. Four of them are rented.

THE COURT: Four of them are rented. Okay. So --

MR. CROWLEY: And -- yeah, four of them are rented.

THE COURT: Okay. Can you please provide me copies -- and I believe I've asked for this already, copies of those leases?

MR. CROWLEY: Sure.

THE COURT: One of them is a lease with you, correct?

MR. CROWLEY: Yeah.

THE COURT: Okay. So you --

MR. CROWLEY: I'm sorry. Five of them. Five of them are leased, including one with myself.

THE COURT: Okay. So that's 5 of 6 of them?

MR. CROWLEY: 5 of 5.

THE COURT: Oh, five of five of them?

MR. CROWLEY: Yeah.

THE COURT: So where does the rental income for those properties -- yeah. So I'll need copies of the leases and copies of the bank statements for those LLCs. Some of this I realize you may have provided to me. You've given me a few bank statements, but I haven't compared them exactly to the LLCs yet.

MR. CROWLEY: Okay.

THE COURT: The rental income, where does that go? Like, if you're paying yourself 45 -- if you're paying $4,500 in rent, that comes out of your account and goes into your LLC's account? Or what are you doing with the rental income?

MR. CROWLEY: The rental income stays in my business account, and most of it goes to paying for business expenses related to the properties, and some

of it, you know, I use for personal uses.

THE COURT: Okay. So who gets the management fee?

MR. CROWLEY: Sojourn. It's a property manager that manages all of the properties.

THE COURT: Can I get a copy of the management --

MR. CROWLEY: Sure.

THE COURT: -- agreement, please? Are all of the properties insured?

MR. CROWLEY: Yes.

THE COURT: Okay. Can I get proof of insurance, please? I'm hoping you can give me, like, some kind of org chart given all of the LLCs. It looks like some of them you have 100 percent manage -- ownership of. You also have partial ownership of a couple of LLCs. Specifically, it looks like -- is there an org chart that -- that's been created, or could one be created for all of your holdings?

MR. CROWLEY: Sure. I can put something together for you.

THE COURT: Okay.

MR. CROWLEY: There's really only three LLCs that -- one controls three of the properties in Georgetown, one controls one property in Georgetown, another controls another property in Georgetown. That's the five, and then there's one entity of mine that owns 20 percent of a property in Bethesda, that's 4702 West Virginia Ave-.

THE COURT: Okay.

MR. CROWLEY: So it's not, yeah. But that's not a -- that -- I only own 20 percent of that property.

THE COURT: Right. Okay.

MR. CROWLEY: But yes, I can --

THE COURT: But that --

MR. CROWLEY: -- provide you --

THE COURT: But that's still -- yeah.

MR. CROWLEY: Yes. I can provide you some sort of an org chart.

THE COURT: Okay. All of these properties, are they all listed for sale? Or are some of them listed for sale?

MR. CROWLEY: Yes.

THE COURT: All of them are?

MR. CROWLEY: The five Georgetown properties are listed for sale.

THE COURT: Okay. Could I get copies of those listing agreements, please?

MR. CROWLEY: Sure.

THE COURT: And we've asked for some of the operating agreements. It looks like some of them were provided. We are missing one for Eton Corp 5 Dev LLC (ph) and also 4500 Walsh LLC.

MR. CROWLEY: The 4500 Walsh LLC shouldn't be relevant because those properties are all sold. And I don't have an ownership interest in that -- in any of those properties anymore. But I can still provide you with the operating agreement if you want it.

THE COURT: I think it was listed in your schedules, but -- so if you could provide it, that would be great. But -- so how do you get dividends? I -- your Schedule I shows that you take 13,871 monthly. The SOFA, or the -- like, the means test wasn't completed at all. Is that -- that was -- counsel, that was possibly a mistake, is that going to be amended?

MS. CATHCART: The means test wasn't completedâ€‹â€‹â€‹â€‹â€‹â€‹ due to over 50 percent of his debts were associated with a business.

THE COURT: Okay. How do you determine the 13,871 that you take monthly?

MR. CROWLEY: It's just kind of been an average of the expenses after -- it's like what is left over after I have to pay all my expenses.

THE COURT: Okay. But does it come from various entities, or is it all coming from one entity?

MR. CROWLEY: It's all coming from one entity.

THE COURT: Okay. Which entity?

MR. CROWLEY: Eton Corp Dev LLC.

THE COURT: Okay. Okay. Okay. So I don't have further questions at this time. I'm going to turn it over to Mr. Jones, who's going to be representing me in this matter to sort of dig into some of the ownership issues. Ms. Cathcart, though, just like for the record, I'm going to list out sort of what I believe I've asked for in additional information, and if you wouldn't mind just being certain that this is

provided, and Mr. Jones might have additional documents. But I'm looking for 2025 tax returns, a rent ledger, copies of the leases, proof of insurance, the listing agreements, the operating agreements that I haven't been provided yet, so at least 4500 Walsh and Eton Corp 5 Dev, copies of the anchor loan documents, the management agreement, the LLC bank statements. Are you guys aware of who's representing anchor loans in this matter? Has there been any contact with them about the mortgages or the status of the mortgages or the bankruptcy?

MR. CROWLEY: Yeah. I mean, they're the reason that I'm here right now. I mean, I had short sale -- I had agreements for sale on 4 of the 5 units in Georgetown.

THE COURT: Yeah.

MR. CROWLEY: And it would have paid them back about 80 to 85 cents on the dollar, and they rejected the sales. So that's why I'm here, is to basically expunge these personal guarantees of, you know, 12- to $15 million. But I -- their lawyer, I would have to dig it up from the email, but I have -

- I know who their lawyer is, yes.

THE COURT: Okay. Yeah. If you could let us know who their lawyer is, so we could possibly correspond with them directly. There's also this span -- what's that?

MS. CATHCART: Sorry. They haven't reached out to me at all.

THE COURT: They haven't? Okay.

MS. CATHCART: No.

THE COURT: Yeah. Well, Mr. Crowley, if you could give that to your attorney and she can provide it to me, that'd be great. What about this Pantheon -- sorry. I said I had no questions, and I lied.

MR. CROWLEY: Sure.

THE COURT: The other secured creditor, the Pantheon, is that --

MR. CROWLEY: They're not secured by anything. I don't know really why they're still on this petition.

THE COURT: Okay.

MR. CROWLEY: They were taken out by Anchor. They were the original construction and acquisition

lender for the five Georgetown units that I developed, and they've been taken out. They are fully paid back. They have no secured -- they have no interest. So I don't really know why they're on there, to be honest with you.

THE COURT: Got it, okay.

MS. CATHCART: We can review and amend if needed.

THE COURT: Yeah. I mean, I was looking at the -- just looking at the statement of intentions. I mean, they're still listed as a secured creditor to retain -- that they're secured in Eton Corp Dev LLC.

MR. CROWLEY: Yeah. That's not accurate.

THE COURT: Yeah.

MR. CROWLEY: I don't know why it's - - yeah. We need to -- I don't know how to get that cleared up, but --

MS. CATHCART: Shane, I'll call you after the weekend to go ahead and amend the schedules.

MR. CROWLEY: Okay. Sounds good.

THE COURT: And just to confirm, you intend to surrender your Jeep, but retain your BMW?

MR. CROWLEY: Correct.

THE COURT: Okay. Mr. Jones, do you have any questions?

MR. JONES: Yes, thank you. Just a couple of questions to follow-up on the trustee's questions. For the record, my name is Bradley Jones, I'm the proposed counsel for the Chapter 7 Trustee.

CROSS-EXAMINATION

BY MR. JONES:

Q On the schedules, you list a Rolex GMT-Master II, do you have any other watches besides that Rolex?

A No.

Q Okay. Regardless of whether they have any value or not, that's the only watch you have?

A Yes.

Q Okay. I'm looking at your list of LLCs and business interests, Eton Corp 5 Dev LLC, you're the 100 percent sole owner?

A Yes.

Q And you valued that at $1. Do you recall that?

A Yes.
Q How did you come up with the $1 valuation?
A My lawyer helped me with that -- all of that information. Basically, they're all underwater.
Q Yeah. Don't tell me anything that you told your lawyer, but based on your understanding of that maybe --
A No. What I'm saying is my lawyer and I, you know, figured that out and --
MR. CROWLEY: Christiana, can you chime in here, please?
MS. CATHCART: All of the LLCs are underwater, and so I just put a nominal value.
BY MR. JONES:
Q Okay. But you're receiving -- or Eton Corp Development is receiving $13,871 in net rent proceeds, is that right?
A Can you repeat the question, please?
Q How much net rent proceeds does Eton Corp Development LLC receive from all of the entities that it controls?
A I am drawing out about $13,800. It was an

estimate, but that's what I --
Q (Inaudible).
A -- that's the average.
Q Okay. And you're drawing that out personally?
A Correct.
Q Okay. And does that affect the valuation that you put on the entity?
A No.
Q Okay. What is the source of the $13,000 that you're drawing out?
A It's the rent.
Q Okay. And are those rents the collateral -- or cash collateral of any secured lender?
MR. CROWLEY: Christiana, I -- I'm not sure technically. I don't know how to answer that question.
BY MR. JONES:
Q Okay. Do you know if Anchor Secured Loan attaches to the rent proceeds of the properties that it loaned money to?
A I'm not sure.
Q Okay. And have you looked at that at all?

A I've discussed some of that -- these issues with my attorney.

Q Okay. And again, don't tell me anything that you've told your attorney or that your attorneys told you. Has -- have -- do you have any agreement with Anchor to -- that authorizes you to use the rent proceeds from these properties?

A No.

Q Have you had any discussions with Anchor about the use of the rent proceeds?

A No.

Q Have you disclosed to Anchor the rent proceeds that are being generated?

A No.

Q Okay. Did you ever provide a personal financial --

A No. That's not accurate.

Q I'm sorry?

A I did -- they have been -- they know that the units are rented and in detail. And actually, I do believe I did -- they do know that I have been collecting them. That's actually -- I forgot about

some correspondence that we've had about them. So --
Q Okay. Have you -- when was the last time you provided a personal financial statement to Anchor?
A Very recently. A couple months ago when I was trying to -- when I -- when we had the short sale agreements and the sales in place for them to collect 0.80 to 0.85 on the dollar, I provided all this information to show them that I didn't have any money.
Q Okay.
A So that, you know, they could -- you know, there wasn't -- that this process was going to lead me into a bankruptcy and it was going to delay them getting paid any money and that they would collect 0.80 to 0.85 on the dollar. They refused to say no. I have not had any further correspondence with me.
Q Okay. Can you provide the Trustee a copy of the personal financial statement?
A Sure.
Q The security deposit that you list for the residential lease for Dev 46 -- T6, LLC (ph), what

account is that security deposit held in?
A I have no idea. It's with -- it's a Sojourn account. So whatever account, I don't know how they run their business, but they sign the leases, they collect the rents, and then they pay them out to me every month.
Q And who's your contact person in Sojourn?
A Nicole Pace.
Q Okay. And can you provide that contact information to the Trustee?
A Sure.
Q And do you pay on a monthly basis the rent for the property that you're living in?
A No.
Q Okay.
A Not currently.
Q When was the last time you paid?
A I plan on doing, I mean, as soon as they -- you know, it's my understanding that the leases survive a foreclosure proceeding that I'm assuming Anchor will initiate at some point. And at that point, I will start paying rent.

Q Okay. But you're not paying rent currently?
A Not currently, no.
Q When was the last time you paid rent?
A I've never paid rent.
Q The management fee, is that set by the contract you have with Sojourn?
A Yes.
Q And to the best of your knowledge, they are paying the condo and HOA fees current every month?
A No, they are not.
Q Okay. Why not?
A Anchor did.
Q Okay. And why is Sojourn not paying the rent proceeds?
A I'm not sure. I guess, I --
Q Okay. Who pays the property taxes?
A Well, I was paying the property taxes until Anchor said that they were going to foreclose on the units, and then now I guess they would be responsible for paying the property taxes.
Q Okay. When did you stop paying the property taxes?

A I'm not sure.
Q Okay.
A Last year, probably.
Q And the net operating income, the rent proceeds, you said Sojourn pays that over to you, is that correct?
A To an entity. To the Eton Corp entity.
Q Okay. And so are those funds then basically accumulating in the Eton Corp entity bank account?
A I mean, there's not really anything left over after the 13- -- there's expenses paid, and then I take the rest. So --
Q Right. That -- and that 13,000 that you take, that's the net of the rent proceeds?
A Correct.
Q Okay. The gross is about $34,000?
A It's less than that, but yeah. A little bit less than that.
Q Okay. How much less?
A I'm not sure exactly.
Q Okay. Does Sojourn provide any sort of reports to you from the management company -- or from

the -- their work as a management company that shows their total collections and the expenses they pay in the net?

A Yeah. They have something like that.

Q Okay. They -- how -- do they provide that on a monthly basis?

A Yes.

Q Okay. And can you provide those statements to the Trustee for the last six months?

A Sure.

Q Are there -- the three properties that are rented, are there any life, health, safety, any maintenance concerns affecting the tenants, or are those properties in good shape?

A They're brand new.

Q Okay. And you said the properties were listed for sale. Who's the broker --

A I am.

Q -- who has the sale?

A I am.

Q Oh, you're the broker? Okay. And if they -- these are sold, do you intend to take a commission?

A No.

Q Okay. Is there any listing agreement in place?

A Yeah. Well, I just moved from Compass over to Douglas Elliman, so there was a listing agreement with Compass, and I probably have to get that amended with Douglas Elliman. But I believe it's still active. I know that the -- yes. It occurs, but I have to check (crosstalk).

Q Okay. And is there any fee or compensation you're paying to Douglas Elliman?

A If the deal closed, they would have -- they would collect a fee, yes. I'm not exactly sure what that fee would be, but my arrangement is that I have an 80/20 split with them.

Q Okay.

A So --

Q And does -- oh, sorry. Go ahead.

A No, that's it.

Q And you said Anchor rejected the short sale that you originally arranged that would pay them 0.85 on the dollar, did they provide any indication on what

their expectation was for -- to approve a short sale?

A No.

Q Okay. So there's no essential, like, counter or anything like that from Anchor?

A There was no counter and it's crazy that they didn't take it, but I think it's -- yeah. So no.

Q Okay. And you said the properties are insured. Is there anything else affecting the property that would require immediate attention, you know, major repair issue, utilities, anything like that, other than the non-payment of the real estate taxes?

A No.

MR. JONES: Okay. Those are all the questions I have. I suspect we'll probably want to leave this 341 open until we get the documents that have been requested.

THE COURT: Yes. That's what I'm planning to do. My next 341 Meeting is not until December 3rd. We can go ahead and set this -- maybe we go ahead and set it at 12:30, if that's okay with you, Brad. Just because I know I've already got full dockets at 10:30 and 11:30.

MR. JONES: Yep. Just let me check my calendar real fast. December 3rd at 12:30? Yeah. That's wide open for me.

THE COURT: Okay. Sounds good. Well, I really appreciate everybody's time, and we look forward to receiving some of the additional information that we've requested. And, of course, if there are any inconsistencies or sort of things that need to be updated on the schedules, please do do that.

MS. CATHCART: Absolutely. Thank you.

MR. CROWLEY: Thank you.

THE COURT: All right. Thanks, everybody. Have a great rest of your day.

MS. CATHCART: Thank you. You as well.

(Hearing concluded.)

C E R T I F I C A T I O N

I, Rodie Dean, certify that the foregoing is a true and accurate transcript from the official electronic sound recording.



________________________

Rodie Dean

Approved Transcriber

Dated: November, 7, 2026

**0**

**0.80** 22:7,15
**0.85** 22:7,15 27:21

**1**

**1** 1:1 2:3 3:1 4:1 18:21 19:2 29:1 30:1
**10** 1:10 2:12 3:10 4:10 29:10 30:10
**100** 9:8 11:15 18:19
**11** 1:11 2:13 3:11 4:11 29:11 30:11
**11:30** 28:22
**12** 1:12 2:14 3:12 4:12 15:21 29:12 30:12
**12:30** 28:20 29:3
**13** 1:13 2:15 3:13 4:13 25:11 29:13 30:13
**13,000** 20:10 25:13
**13,800** 19:22
**13,871** 13:19 14:5 19:16
**14** 1:14 2:16 3:14 4:14 29:14 30:14
**15** 1:15 2:17 3:15 4:15 15:21 29:15 30:15
**15th** 7:15
**16** 1:16 2:18 3:16 4:16 29:16 30:16
**17** 1:17 2:19 3:17 4:17 29:17 30:17
**18** 1:18 2:20 3:7,18 4:18 29:18 30:18
**18266** 30:6
**19** 1:19 2:21 3:19 4:19 29:19 30:19

**2**

**2** 1:2 2:2,4 3:2 4:2 29:2 30:2
**20** 1:20 2:22 3:20 4:20 12:6 12:10 29:20 30:20
**2024** 7:12
**2025** 7:13 8:3 15:2
**2026** 1:12 30:11
**21** 1:22 2:22 3:21 4:21 29:21 30:21
**22** 2:1 3:22 4:22 29:22 30:22
**26-509** 1:11
**2600-509** 4:3
**29** 1:12

**3**

**3** 1:3 2:5 3:3 4:3 29:3 30:3
**34,000** 25:16
**341** 1:10 28:15 28:18
**3rd** 28:18 29:2

**4**

**4** 1:4 2:6 3:4 4:4 15:14 29:4 30:4
**4,500** 10:17
**45** 10:16
**4500** 13:10,11 15:5
**46** 22:22
**4702** 12:7

**5**

**5** 1:5 2:7 3:5 4:5 10:4,5,5 13:9 15:6,14 18:18 29:5 30:5
**50** 14:2

**6**

**6** 1:6 2:8 3:6 4:6 10:4 29:6 30:6

**7**

**7** 1:7 2:9 3:7 4:7 18:7 29:7 30:7,11

**8**

**8** 1:8 2:10 3:8 4:8 29:8 30:8
**80** 15:18
**80/20** 27:15
**85** 15:18

**9**

**9** 1:9 2:11 3:9 4:9 29:9 30:9

**a**

**absolutely** 29:11
**account** 10:18 10:18,21 23:1 23:3,3 25:9
**accountant** 7:17
**accumulating** 25:9
**accurate** 17:13 21:17 30:3
**acquisition** 16:22

**active** 27:7
**actually** 7:18 21:20,22
**additional** 9:5 14:21 15:1 29:6
**address** 5:1,2
**affect** 20:7
**affecting** 26:13 28:8
**agent** 6:17
**ago** 22:4
**agreement** 11:9 13:15 15:7 21:5 27:2,5
**agreements** 13:5,8 15:4,4 15:14 22:6
**ahead** 17:19 27:18 28:19,19
**amend** 17:7,19
**amended** 13:22 27:6
**anchor** 15:6,9 16:21 20:18 21:6,9,12 22:3 23:21 24:12,18 27:20 28:4
**answer** 20:16
**anymore** 13:14
**appearances** 2:3
**appreciate** 29:5
**approve** 28:1
**approved** 30:9
**arranged** 27:21
**arrangement** 27:14
**asked** 9:4,17 13:7 14:21
**assets** 6:5
**associated** 7:20 14:3
**assuming** 23:20
**attaches** 20:19
**attention** 6:3 28:9
**attorney** 16:11 21:2,4
**attorneys** 21:4
**authorizes** 21:6
**available** 8:4
**ave** 12:7
**average** 14:7 20:3
**aware** 15:8

**b**

**b** 3:9
**back** 15:18 17:2
**bank** 10:10,12 15:7 25:9
**bankruptcy** 5:8 6:12 8:9 15:11 22:13
**based** 19:6
**basically** 15:20 19:4 25:8
**basis** 23:12 26:6
**behalf** 4:18
**believe** 9:17 14:21 21:21 27:7
**bermank** 4:22
**best** 5:20 24:8
**bethesda** 12:6
**better** 4:13,15
**bit** 4:14 25:17
**bmw** 17:22
**brad** 2:10 28:20
**bradley** 18:6
**brand** 26:15
**bring** 6:3
**broker** 26:17 26:21
**business** 6:18 10:21,22 14:3 18:18 23:4

**c**

**c** 4:1 30:1,1
**calendar** 29:2
**call** 17:18
**called** 4:7
**calling** 4:2
**card** 5:8
**case** 1:11 4:2
**cash** 20:14
**cathcart** 2:5 4:18,18 14:1 14:19 16:6,9 17:7,18 19:12 29:11,15
**cents** 15:18
**certain** 14:22
**certify** 30:2
**chapter** 18:7
**chart** 11:14,18 12:18
**check** 27:8 29:1
**chime** 19:10
**christiana** 4:18 19:10 20:15
**christianna** 2:5
**cleared** 17:17
**closed** 27:12
**collateral** 20:13 20:14
**collect** 22:7,15 23:5 27:13
**collecting** 21:22
**collections** 8:21 26:2
**come** 14:9 19:2
**comes** 10:17
**coming** 14:10 14:11
**commission** 26:22

**company** 25:22 26:1
**compared** 10:13
**compass** 27:4,6
**compensation** 27:10
**completed** 13:21
**completedâ** 14:2
**concerns** 26:13
**concluded** 29:16
**condo** 24:9
**confirm** 6:14 17:21
**confirmed** 5:6
**construction** 16:22
**contact** 15:10 23:7,9
**contained** 5:17 5:21
**contract** 24:6
**contractor** 6:17
**controls** 12:2,3 12:4 19:21
**copies** 9:17,18 10:9,10 13:4 15:3,6
**copy** 7:8,9 8:3 11:6 22:18
**corp** 13:9 14:14 15:6 17:12 18:18 19:16,20 25:7,9
**correct** 5:22 7:7 9:21 18:1 20:6 25:6,15
**correspond** 16:4
**corresponden...** 22:1,16
**counsel** 4:16 9:4 13:21 18:7
**counter** 28:3,5
**couple** 11:17 18:4 22:4
**course** 29:7
**court** 4:2,10,14 4:20 5:1,4,8,12 5:16,20 6:2,5,8 6:11,14,19,21 7:1,4,6,8,12,15 7:21 8:2,6,9,13 8:17,19 9:4,12 9:16,20 10:1,4 10:6,8,15 11:2 11:6,9,12,22 12:8,12,14,16 12:19 13:1,4,7 13:16 14:4,9 14:13,15 15:16 16:2,8,10,15,20 17:6,9,14,21 18:2 28:17
29:4,13
**crazy** 28:5
**created** 11:18 11:19
**creditor** 16:15 17:11
**creditors** 6:9
**cross** 3:6 18:8
**crosstalk** 27:9
**crowley** 1:10 2:4 3:7 4:3,3,6 4:13,20,22,22 5:3,11,15,19 6:1,4,7,10,13 6:16,20,22 7:2 7:5,7,11,14,16 7:22 8:5,8,12 8:16,18 9:2,11 9:14,19,22 10:2,5,7,14,20 11:4,8,11,20 12:1,9,13,15,17 12:22 13:2,6 13:11 14:6,11 14:14 15:12,17 16:10,14,17,21 17:13,15,20 18:1 19:10 20:15 29:12
**cryptocurrency** 8:17
**current** 5:2 6:15 24:9
**currently** 7:16 23:16 24:1,2

**d**

**d** 3:1 4:1
**d.c..** 5:5
**date** 1:12
**dated** 30:11
**day** 29:14
**deal** 27:12
**dean** 2:1 30:2,8
**debtor** 2:4 4:19
**debts** 14:3
**december** 28:18 29:2
**delay** 22:13
**deposit** 22:21 23:1
**detail** 21:20
**determine** 14:4
**dev** 13:9 14:14 15:6 17:12 18:18 22:22
**developed** 17:1
**development** 19:16,20
**dig** 14:18 15:22
**direct** 3:6
**directly** 16:4
**disclosed** 21:12
**discussed** 21:1
**discussions** 21:9

**dividends** 13:18
**dockets** 28:21
**documents** 5:10,13,18,22 15:2,7 28:15
**doing** 10:19 23:18
**dollar** 15:18 22:7,15 27:22
**domestic** 8:6
**douglas** 6:17 27:5,7,11
**drawing** 19:22 20:4,11
**driver's** 5:4
**due** 14:2
**duly** 4:7

**e**

**e** 3:1,5,9 4:1,1 30:1
**either** 7:19
**electronic** 30:4
**elg** 1:11
**elliman** 6:18 27:5,7,11
**email** 15:22
**employed** 6:15
**employee** 7:2,3
**employer** 6:15
**entities** 14:10 19:20
**entity** 12:5 14:10,12,13 20:8 25:7,7,9
**errors** 6:2
**esquire** 2:5,10
**essential** 28:3
**estate** 28:11
**estimate** 20:1
**eton** 13:9 14:14 15:6 17:12 18:18 19:15,19 25:7,9
**everybody** 4:15 29:13
**everybody's** 29:5
**exactly** 10:13 25:20 27:13
**examination** 18:8
**examined** 4:9
**exempted** 8:21
**expectation** 28:1
**expenses** 10:22 14:7,8 25:11 26:2
**expunge** 15:20

**f**

**f** 30:1
**familiar** 5:16
**fast** 29:2
**fee** 11:3 24:5 27:10,13,14
**fees** 24:9
**figured** 19:9
**filed** 6:11 7:10 7:15,19,19
**financial** 21:16 22:3,19
**first** 4:7
**five** 10:2,2,6,6 12:5 13:2 17:1
**follow** 18:5
**follows** 4:9
**foreclose** 24:18
**foreclosure** 23:20
**foregoing** 30:2
**forgot** 21:22
**forward** 29:6
**four** 9:11,12,14
**full** 28:21
**fully** 17:2
**funds** 25:8
**further** 14:16 22:16

**g**

**g** 4:1
**generated** 21:13
**georgetown** 12:3,3,4 13:2 15:15 17:1
**getting** 22:14
**give** 11:13 16:11
**given** 3:3 9:6 10:12 11:14
**gmt** 18:10
**go** 10:16 17:19 27:18 28:19,19
**goes** 10:18,21
**going** 13:22 14:16,17,20 22:12,13 24:18
**good** 17:20 26:14 29:4
**great** 13:18 16:12 29:14
**gross** 25:16
**guarantees** 15:20
**guess** 24:15,19
**guys** 15:8

**h**

**h** 3:9
**hand** 4:4
**hard** 4:10
**health** 26:12
**hear** 4:10,15
**hearing** 29:16
**held** 23:1
**helped** 19:3
**hoa** 24:9
**holdings** 11:19

**honest** 17:4
**hoping** 11:13

**i**

**idea** 23:2
**identified** 6:6
**ii** 18:11
**immediate** 28:9
**inaudible** 7:2 20:2
**including** 10:3
**income** 10:8,15 10:19,20 25:4
**inconsistencies** 29:8
**independent** 6:17
**indication** 27:22
**information** 5:17,21 8:10 9:5 14:21 19:4 22:8 23:10 29:7
**initiate** 23:21
**insurance** 11:13 15:3
**insured** 11:10 28:8
**intend** 17:21 26:22
**intentions** 17:10
**interest** 13:13 17:3
**interests** 18:18
**issue** 28:10
**issues** 14:19 21:1

**j**

**jeep** 17:22
**jewelry** 8:19
**jones** 2:10 14:17 15:1 18:2,4,6,9 19:14 20:17 28:13 29:1

**k**

**kind** 11:14 14:6
**know** 4:11 11:1 15:21 16:1,3 16:18 17:4,15 17:16 19:9 20:16,18 21:19 21:21 22:11,11 23:3,19 27:8 28:9,21
**knowledge** 5:20 24:8

**l**

**late** 7:20
**lawyer** 15:21 16:1,3 19:3,6,8
**lead** 22:12
**lease** 9:20 22:22
**leased** 10:3
**leases** 9:18 10:10 15:3 23:4,19
**leave** 28:15
**ledger** 15:3
**left** 14:8 25:10
**lender** 17:1 20:14
**license** 5:5
**lied** 16:13
**life** 26:12
**list** 14:20 18:10 18:17 22:21
**listed** 6:8 8:14 8:19,21 9:2 12:20,21 13:3 13:16 17:11 26:17
**listing** 13:5 15:4 27:2,5
**little** 4:10,14 7:17 25:17
**living** 23:13
**llc** 13:10,10,11 14:14 15:7 17:12 18:18 19:20 22:22
**llc's** 10:18
**llcs** 9:8 10:11 10:13 11:14,17 12:1 18:17 19:12
**loan** 15:6 20:18
**loaned** 20:20
**loans** 15:9
**look** 29:5
**looked** 20:22
**looking** 15:2 17:9,10 18:17
**looks** 11:14,17 13:8

**m**

**m** 3:5
**maintenance** 26:13
**major** 28:10
**manage** 11:15
**management** 11:2,7 15:7 24:5 25:22 26:1
**manager** 9:9 11:5
**manages** 11:5
**marked** 3:11
**master** 18:11
**matches** 5:5,8
**matter** 14:18 15:9
**mean** 6:16 7:18 15:12,13 17:9 17:11 23:18 25:10

**means** 13:20 14:1
**meeting** 1:10 28:18
**million** 15:21
**mind** 4:11 14:22
**mine** 12:5
**missing** 13:9
**mistake** 13:22
**money** 8:15 20:20 22:9,14
**month** 23:6 24:9
**monthly** 13:19 14:5 23:12 26:6
**months** 22:4 26:9
**mortgages** 15:10,11
**moved** 27:4

**n**

**n** 3:1,5 4:1 30:1
**name** 4:16,21 18:6
**need** 8:2 10:9 17:16 29:9
**needed** 17:8
**net** 19:16,19 25:4,14 26:3
**never** 24:4
**new** 26:15
**nicole** 23:8
**nominal** 19:13
**non** 28:11
**november** 30:11
**number** 5:7

**o**

**o** 3:5 4:1 30:1
**obligations** 8:7
**occurs** 27:8
**october** 1:12 7:15
**official** 30:3
**oh** 10:6 26:21 27:18
**okay** 4:2,16 6:19 7:8,21 8:2 9:4,12,16 10:1 10:4,14 11:2 11:12,22 12:8 12:12,19 13:4 14:4,9,13,15,15 14:15 16:2,8 16:20 17:6,20 18:2,14,17 19:15 20:4,7 20:10,13,18,22 21:3,15 22:2 22:10,18 23:9 23:15 24:1,11 24:13,16,21 25:2,8,16,19,21 26:5,8,16,21 27:2,10,16 28:3,7,13,20 29:4
**omissions** 6:3
**open** 28:15 29:3
**opening** 3:2
**operating** 13:8 13:15 15:4 25:4
**org** 11:14,18 12:18
**original** 16:22
**originally** 27:21
**own** 5:10 6:18 8:17 12:10
**owned** 9:8
**owner** 18:19
**ownership** 11:16,16 13:13 14:19
**owns** 12:6

**p**

**p** 4:1
**pace** 23:8
**page** 3:2,10
**paid** 15:17 17:2 22:14 23:17 24:3,4 25:11
**pantheon** 16:12 16:16
**partial** 11:16
**pay** 14:8 23:5 23:12 26:2 27:21
**paying** 10:16 10:17,21 23:22 24:1,9,13,17,20 24:21 27:11
**payment** 28:11
**pays** 24:16 25:5
**penalty** 7:20
**percent** 9:9 11:15 12:6,10 14:2 18:19
**person** 23:7
**personal** 8:13 8:22 11:1 15:20 21:15 22:3,19
**personally** 5:16 20:5
**petition** 5:1,9 5:12,17,21 16:19
**ph** 4:22 13:10 22:22
**photo** 5:5
**place** 22:6 27:3
**plan** 23:18
**planning** 28:17
**please** 4:3,16 4:20 9:16 11:9 11:13 13:5 19:11,18 29:9

**point** 23:21,21
**possibly** 13:22 16:3
**pretty** 4:15
**previously** 6:11
**probably** 25:3 27:6 28:14
**problem** 8:5
**proceeding** 23:20
**proceeds** 19:17 19:19 20:19 21:7,10,13 24:14 25:5,14
**process** 22:12
**proof** 11:12 15:3
**properties** 10:9 10:22 11:5,10 12:2,20 13:2 13:12,14 20:19 21:7 26:11,14 26:16 28:7
**property** 8:14 8:22 9:3,7 11:4 12:3,4,6,11 23:13 24:16,17 24:20,21 28:8
**proposed** 18:6
**provide** 8:3 9:16 12:15,17 13:14,17 16:11 21:15 22:18 23:9 25:21 26:5,8 27:22
**provided** 7:9 8:10 10:11 13:9 15:1,5 22:3,7
**put** 11:20 19:13 20:8

**q**

**question** 19:18 20:16
**questions** 14:16 16:13 18:3,5,5 28:14
**quiet** 4:15

**r**

**r** 4:1 30:1
**raise** 4:3
**reached** 16:6
**reaching** 7:17
**read** 5:12 8:9
**real** 28:11 29:2
**realize** 10:11
**really** 12:1 16:18 17:4 25:10 29:5
**reason** 15:13
**recall** 18:21
**receive** 19:20
**receiving** 19:15 19:16 29:6
**recent** 7:9
**recently** 22:4
**record** 4:17,21 14:20 18:6
**recording** 30:4
**recross** 3:6
**redirect** 3:6
**refused** 22:15
**regardless** 18:14
**rejected** 15:19 27:20
**related** 5:10,13 5:18,22 10:22
**relevant** 13:12
**rent** 10:17 15:3 19:16,19 20:12 20:19 21:6,10 21:12 23:12,22 24:1,3,4,13 25:4,14
**rental** 10:8,15 10:19,20
**rented** 9:9,11 9:12,15 21:20 26:12
**rents** 20:13 23:5
**repair** 28:10
**repeat** 19:18
**reports** 25:22
**representing** 14:17 15:8
**requested** 28:16 29:7
**require** 28:9
**residential** 22:22
**responsible** 24:19
**rest** 25:12 29:14
**retain** 17:12,22
**retirement** 8:15
**return** 7:9,10
**returns** 8:3 15:2
**review** 17:7
**reviewed** 5:4
**right** 4:4 6:15 12:12 15:13 19:17 25:13 29:13
**rodie** 2:1 30:2,8
**rolex** 18:10,12
**run** 23:4

**s**

**s** 3:5,9 4:1
**safety** 26:12
**sale** 12:20,21 13:3 15:14,14 22:5 26:17,19 27:20 28:1
**sales** 15:19 22:6
**saying** 19:8
**schedule** 5:9,13 5:17,21 13:19

**schedules** 6:6,9 8:14 13:17 17:19 18:10 29:9
**screen** 5:6
**secured** 16:15 16:17 17:3,11 17:12 20:14,18
**security** 5:7,8 22:21 23:1
**self** 6:15
**set** 24:5 28:19 28:19
**shane** 2:4 3:7 4:2,6,22 17:18
**shape** 26:14
**sheet** 8:10
**short** 15:13 22:5 27:20 28:1
**shortly** 7:19
**show** 22:8
**shows** 13:19 26:1
**sign** 5:9 23:4
**signature** 5:10 30:6
**signed** 5:14
**significant** 8:22 9:3
**six** 26:9
**social** 5:6,8
**sofa** 13:20
**sojourn** 11:4 23:2,7 24:6,13 25:5,21
**sold** 13:12 26:22
**sole** 18:19
**soon** 7:22 8:3 23:18
**sorry** 10:2 16:6 16:13 21:18 27:18
**sort** 12:18 14:18,20 25:21 29:8
**sound** 30:4
**sounds** 17:20 29:4
**source** 20:10
**span** 16:4
**specifically** 11:17
**split** 27:15
**start** 23:22
**state** 4:16,21
**statement** 3:2 17:10 22:3,19
**statements** 5:9 5:13,18,22 10:10,12 15:8 26:8
**states** 8:11
**status** 15:10
**stays** 10:20
**stop** 24:21
**submitted** 5:7 7:12
**support** 8:6
**sure** 9:19 11:8 11:20 13:6 16:14 20:15,21 22:20 23:11 24:15 25:1,20 26:10 27:13
**surrender** 17:22
**survive** 23:20
**suspect** 28:14
**sworn** 4:7

**t**

**t** 3:5,5,9 30:1,1
**t6** 22:22
**take** 13:19 14:5 25:12,14 26:22 28:6
**taken** 16:21 17:2
**tax** 7:8,9 8:3 15:2
**taxes** 7:12,15 24:16,17,20,22 28:11
**technically** 20:16
**tell** 4:8 9:7 19:5 21:3
**tenants** 26:13
**terms** 8:13
**test** 13:20 14:1
**testified** 4:9
**texting** 7:18
**thank** 18:4 29:11,12,15
**thanks** 29:13
**that'd** 16:12
**things** 29:8
**think** 13:16 28:6
**three** 12:1,2 26:11
**time** 6:3 14:16 22:2 23:17 24:3 29:5
**together** 11:21
**told** 19:5 21:4,4
**total** 26:2
**transcribed** 2:1
**transcriber** 30:9
**transcript** 30:3
**trouble** 7:17
**true** 5:22 7:5,9 30:3
**trustee** 2:9 8:11 18:7 22:18 23:10 26:9
**trustee's** 18:5
**truth** 4:8,8,9
**trying** 22:5

**turn** 14:16
**turning** 4:11

**u**

**understanding** 19:6 23:19
**underwater** 19:4,13
**united** 8:10
**units** 15:14 17:1 21:20 24:19
**updated** 29:9
**use** 11:1 21:6 21:10
**uses** 11:1
**utilities** 28:10

**v**

**valuation** 19:2 20:7
**value** 9:1,3 18:15 19:13
**valued** 18:21
**various** 14:10
**virginia** 12:7

**w**

**w2s** 7:6
**waiting** 9:6
**walsh** 13:10,11 15:5
**want** 13:15 28:14
**washington** 5:5
**watch** 18:15
**watches** 8:20 18:11
**we've** 13:7 22:1 29:7
**weekend** 17:19
**west** 12:7
**wide** 29:3
**witness** 4:7
**witnesses** 3:6
**work** 6:17 26:1

**x**

**x** 3:1,9

**y**

**y** 3:5
**yeah** 4:14 6:16 7:1,4,14,21 9:14,22 10:7,9 12:9,16 15:12 15:16 16:2,10 17:9,13,14,16 19:5 25:17 26:4 27:4 28:6 29:3
**year** 25:3
**yep** 29:1
**yesterday** 7:18

**â**

**â** 14:2,2,2,2,2