**Jones, Brad D.**

| | |
|---|---|
| **From:** | Jones, Brad D. |
| **Sent:** | Friday, October 30, 2026 3:08 PM |
| **To:** | Christianna Cathcart |
| **Cc:** | 'Mac VerStandig'; Kostolni, Shelby E. |
| **Subject:** | 26-00509-ELG First Meeting of Creditors - Document Requests |

Christanna,

I appreciate your efforts in working with your client to get the information the Trustee requested. I wanted to follow up with a list summarizing the items we asked for at the 341(a) Meeting.
The Trustee is looking for the following items:

1. Contact information for the attorney representing Anchor.
2. Copy of the loan documents for the Anchor Loans.
3. Copies of the 2025 Tax Returns for both the Debtor and any entities (to the extent any entities have sperate returns).
4. A copy of the rent ledger for all of Debtor's properties
5. Copy of all leases related to the Eton Properties, any other properties.
6. A copy of the Management Agreement for the entities.
7. A copy of all listing agreements for the Eton Court Properties, any other properties (past listing agreements as well as current listing agreements)
8. A copy of the proposed agreement to Anchor for the short sale that Anchor rejected and any related correspondence.
9. A copy of the Personal Financial Statement (PFS) provided to Anchor.
10. A copy of the agreement or contract with Sojourn related to the management of the Eton Properties.
11. Contact information for the individual at Sojourn responsible for managing these properties.
12. Copies of the monthly statements provided by Sojourn related to the Eton Properties for the past six months.
13. Copies of Bank statements for the LLCs, including the statement for Eton Ct Dev, LLC that shows the deposit and disposition of the net rental proceeds.
14. Operating Agreement for Eton Court 5 Dev LLC, 4500 Walsh LLC.

I look forward to receiving these documents. Should you have any questions about any of this, please let me know.
I'm always happy to jump on the phone to discuss.

Regards,
Brad