The order below is hereby signed.

Signed: November 20 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Shane Crowley,**<br>**Debtor.** | **Case No. 26-00509-ELG**<br><br>**Chapter 7** |
| **Shane Crowley**<br>**Plaintiff,**<br><br>**v.**<br><br>**Andrea Campbell Davison,**<br>**Defendant.** | **Adv. Pro. 26-10027-ELG** |

**ORDER DENYING TEMPRORARY RESTRAINING ORDER AND**
**SETTING PRELIMINARY INJUNCTION HEARING**

On November 20, 2026, the Court held a hearing (the "Hearing") on the *Verified Motion for Entry of Temporary Restraining Order and Preliminary Injunction* (ECF No. 3) filed by Shane Crowley (the "Debtor"), and the opposition filed thereto. For the reasons stated on the record at the Hearing, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1) The Debtor's request for entry of a temporary restraining order under Bankruptcy Rule 7065 is **DENIED**.

2) A preliminary injunction hearing shall be held on **November 30, 2026** at **1:00 P.M.** in Courtroom 1, 333 Constitution Avenue NW, Washington, D.C. 20001 and via Zoom (Contact Gunn_Hearings@dcb.uscourts.gov for Zoom information).

[Signed and dated above.]

Copies to: all parties in interest.