The order below is hereby signed.

Signed: November 20 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Shane Crowley,**<br>**Debtor.** | **Case No. 26-00509-ELG**<br><br>**Chapter 7** |
| **Shane Crowley**<br>**Plaintiff,**<br><br>**v.**<br><br>**Andrea Campbell Davison,**<br>**Defendant.** | **Adv. Pro. 26-10027-ELG** |

**ORDER DENYING TEMPRORARY RESTRAINING ORDER AND**
**SETTING PRELIMINARY INJUNCTION HEARING**

On November 20, 2026, the Court held a hearing (the "Hearing") on the *Verified Motion for Entry of Temporary Restraining Order and Preliminary Injunction* (ECF No. 3) filed by Shane Crowley (the "Debtor"), and the opposition filed thereto. For the reasons stated on the record at the Hearing, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1) The Debtor's request for entry of a temporary restraining order under Bankruptcy Rule 7065 is **DENIED**.

2) A preliminary injunction hearing shall be held on **November 30, 2026** at **1:00 P.M.** in Courtroom 1, 333 Constitution Avenue NW, Washington, D.C. 20001 and via Zoom (Contact Gunn_Hearings@dcb.uscourts.gov for Zoom information).

[Signed and dated above.]

Copies to: all parties in interest.

United States Bankruptcy Court
District of Columbia

Crowley,
Plaintiff
Davison,
Defendant

Adv. Proc. No. 26-10027-ELG

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 2
Date Rcvd: Nov 20, 2026 Form ID: pdf001 Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| dft | + | Andrea Campbell Davison, Bean Kinney & Korman PC, 2311 Wilson Blvd, Suite 500, Arlington, VA 22201-5422 |
| pla | + | Shane Crowley, 1202 Potomac Street NW, Unit T6, Washington, DC 20007-3211 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Nov 20 2026 21:26:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Nov 20 2026 21:17:37 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 20 2026 21:26:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Nov 20 2026 21:17:39 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Nov 20 2026 21:26:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Nov 20 2026 21:26:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Nov 20 2026 21:26:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0090-1 User: admin Page 2 of 2
Date Rcvd: Nov 20, 2026 Form ID: pdf001 Total Noticed: 11

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley David Jones | on behalf of Defendant Andrea Campbell Davison brad.jones@stinson.com brad.jones2020@ecf.pacerpro.com |
| Christianna Annette Cathcart | on behalf of Plaintiff Shane Crowley christianna@dcbankruptcy.com |
| Maurice Belmont VerStandig | on behalf of Plaintiff Shane Crowley mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 3